PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SERRANO MENOSCAL, | CASE NO. 2:23-CV-02338-CKD |
| Petitioner, | ORDER |
| v. | |
| WARDEN, FCI-HERLONG, | |
| Respondent. | |

On January 30, 2024, Respondent requested an extension of time to February 13, 2024, to file a response concerning the pending petition for writ of habeas corpus.  Good cause appearing, IT IS HEREBY ORDERED that Respondent's request for an extension is granted.  The response is now due February 13, 2024.

Dated:  January 31, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE