UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SERRANO MENOSCAL, | No. 2:23-cv-2338 CKD P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| WARDEN, FCI HERLONG, | |
| Respondent. | |

    Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus. On February 13, 2024, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition or a statement of non-opposition to respondent's pending motion to dismiss within thirty days. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: March 19, 2024

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

1
meno2338.146