1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARLOS SERRANO MENOSCAL,                      No.  2:23-cv-2338 CKD P

12                   Petitioner,

13        v.                                        ORDER

14   WARDEN, FCI HERLONG,

15                   Respondent.

16

17          Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas

18   corpus.  Both parties have consented to have all matters in this action before a United States

19   Magistrate Judge.  See 28 U.S.C. § 636(c).

20          On February 13, 2024, respondent filed a motion to dismiss.  On March 19, 2024, the

21   court ordered petitioner to file a response to the motion within thirty days and was warned that

22   failure to do so would result in dismissal under Rule 41(b) of the Federal Rules of Civil

23   Procedure.  Petitioner has not complied with the court's order.

24   /////

25   /////

26   /////

27   /////

28   /////

Accordingly, IT IS HEREBY ORDERED that:

1.  This action is dismissed under Federal Rule of Civil Procedure 41(b) for failure to follow court orders; and

2.  Respondent's motion to dismiss (ECF No. 10) is denied as moot.

Dated:  April 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
meno2338.dis